IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TRENT SUMMERS, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   Case No. _____ |
| vs. | ) |
| | ) |
| BP AMERICA, INC., | ) |
| | ) |
|     Defendant. | ) |

## COMPLAINT AND JURY DEMAND

Comes now Plaintiff, TRENT SUMMERS, by counsel, Benjamin D. Fryman of Schwerd, Fryman & Torrenga, LLP, and for his Complaint against the Defendant, BP AMERICA, INC., ("BP America") states as follows:

### Jurisdiction and Venue

1. That Plaintiff is an individual domiciled in and a citizen of the State of Louisiana.

2. That at all times relevant herein, BP America, Inc. was a foreign for-profit corporate entity with a principal office located in Houston, Texas, licensed to do business in the State of Indiana, and actively engaged in doing business in Whiting, Lake County, Indiana.

3. Pursuant to 28 U.S.C.§1332(a), this court has jurisdiction over this matter as complete diversity exists between the parties, as Plaintiff is a citizen of a different state than Defendant's business and the amount in controversy, exclusive of interest and costs, exceeds $75,000.

4. Pursuant to 28 U.S.C. §1391(b), venue in this judicial district is proper in that a substantial part of the events or omissions giving rise to the claim occurred in Lake County, Indiana.

### Factual Background

5. That on October 15, 2022, Plaintiff was employed by Solid Platform on premises owned, managed, maintained, supervised, operated, inspected, and otherwise controlled by BP America, located

at or near 2815 Indianapolis Blvd., Whiting, Indiana 46394, in Lake County, Indiana ("BP Whiting Refinery").

6. That on October 15, 2022, while Plaintiff was working on the at-issue premises, BP America's premises, he was struck by falling debris, and suffered severe injuries and damages.

7. That BP America permitted falling debris to strike Plaintiff while Plaintiff was suspended on scaffolding on BP America's premises, specifically the BP Whiting Refinery.

8. That on October 15, 2022, BP America owed Plaintiff a duty to use reasonable care in, among other things, the ownership, management, supervision, operation, inspection, and/or control of Defendant's premises, including those operations being conducted at or near the scaffolding and/or HVAC systems at the BP Whiting Refinery.

9. That on October 15, 2022, BP America breached the foregoing duties and was negligent, grossly negligent, and/or reckless in one or more of the following ways:

   a. BP America failed to exercise reasonable care in the ownership, management, supervision, operation, inspection, and/or control of Defendants' premises where workers repair, inspect, or replace HVAC systems;

   b. BP America caused and otherwise allowed unreasonable and dangerous conditions to exist on Defendant's premises, including the failure to reasonably inspect and monitor the area where HVAC systems are inspected, repair, and/or replaced, failure to provide adequate space for repairmen to work; inspecting and repairing HVAC systems in an unsafe manner; forcing Plaintiff to work in dangerous conditions;

   c. BP America failed to provide a safe workplace for Plaintiff and others similarly situated because of unreasonable and/or inadequate training, precautions, safety rules, procedures, warnings, security, protection, supervision, and to otherwise take reasonable and necessary steps to keep workers safe;

   d. BP America failed to warn Plaintiff and others similarly situated that latent dangerous conditions existed on the premises, which BP knew or should have known existed; and

   e. BP America, by its employees or agents acted negligently in not securing items that could fall onto workers below and/or by causing items and debris to fall onto workers below and/or by failing to warn Plaintiff and others similarly situated of the dangers.

10. At the time of the incident in question, Plaintiff was an invitee of Defendant, and the Defendant knew or should have known of the dangerous condition existing on its premises. Defendant was negligent by its actions and/or failure to act, specifically by failing to act in a reasonable way considering the circumstances. Defendant, as occupiers and owners of the premises, with control over the premises, had a duty to inform Plaintiff of the dangerous conditions, including hidden dangers, and make safe the defective conditions existing on Defendant's premises. Defendant breached these and the above-identified duties.

11. That as a direct and proximate result of Defendant's negligence, Plaintiff sustained injuries, which resulted in, and proximately caused, physical pain, mental anguish, and other medical problems including requiring Plaintiff to undergo surgery and other medical procedures and to incur medical bills. Plaintiff sustained pain and suffering, physical impairment, mental anguish, disfigurement, and loss of enjoyment of life, and such pain and suffering, physical impairment, mental anguish, disfigurement, and loss of enjoyment of life will continue indefinitely as a proximate cause of Defendant's negligence. Plaintiff has suffered a loss of earnings in the past, as well as a loss of future earning capacity. Plaintiff has incurred and, within reasonable medical probability, will incur in the future pharmaceutical and/or medical expenses in connection with his injuries. Plaintiff also seeks recovery of appropriate exemplary damages due to Defendant's gross negligence and willful and wanton disregard for the life and safety of Plaintiff.

WHEREFORE, the Plaintiff, Trent Summers, respectfully requests judgment in his favor and against the Defendant, BP America, Inc., for compensatory damages in an amount to be determined by this action, for the costs of this action, interest, and for any and all other just and proper relief in the premises.

Respectfully submitted,

**SCHWERD, FRYMAN & TORRENGA, LLP**
Attorneys for Plaintiff

_____
BY:   BENJAMIN D. FRYMAN
         Attorney No. 25577-64
         825 E. Lincolnway
         Valparaiso, Indiana 46383
         (219) 841-5683

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff, Trent Summers, requests a trial by jury on all issues and claims so triable.

Respectfully submitted,

**SCHWERD, FRYMAN & TORRENGA, LLP**
Attorneys for Plaintiff

_____
BY:   BENJAMIN D. FRYMAN
         Attorney No. 25577-64
         825 E. Lincolnway
         Valparaiso, Indiana 46383
         (219) 841-5683