# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| TRENT SUMMERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  NO. 2:23-CV-137-PPS-JEM |
| | ) |
| BP PRODUCTS NORTH AMERICA INC. and HPC INDUSTRIAL SERVICES, LLC, | ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff, Trent Summers, and the remaining defendants in the case, BP Products North America Inc. and HPC Industrial Services, LLC, by their counsel, filed a Joint Stipulation of Dismissal. [DE 79.]

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Joint Stipulation of Dismissal [DE 79] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS** the claims against Defendants BP Products North America Inc. and HPC Industrial Services, LLC **WITH PREJUDICE**, with each party to bear its own costs.

The Clerk is **ORDERED** to **CLOSE** this case.

ENTERED: September 11, 2025.

   /s/   Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT